958

No. 97–8877. KENDRICK v. GILLUHUGH ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–8938. ABDULLAH v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–8953. TOLES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–8962. AYALA ET AL. v. SPECKARD, SUPERINTENDENT, GROVELAND CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–8980. MEYERS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–8987. PHENIX v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 97–9000. ABDESLEM v. UNITED STATES EMBASSY, MANILA, PHILIPPINES. C. A. D. C. Cir. Certiorari denied.

No. 97–9002. CRAFTON v. CRAFTON. Ct. App. Ore. Certiorari denied.

No. 97–9011. CARRILLO ET UX. v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9020. BOOKER v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 97–9042. HOWELL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–9063. BARCENA v. ILLINOIS DEPARTMENT OF PUBLIC HEALTH ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–9082. DEVERY v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–9093. SCOTT v. NEW MEXICO. Ct. App. N. M. Certiorari denied.